**Berkeley Law** | Samuelson Law, Technology & Public Policy Clinic

University of California, Berkeley
School of Law
353 Law Building
Berkeley, CA 94720-7200
(510) 664-4381
mgraham@clinical.law.berkeley.edu
www.law.berkeley.edu/SamuelsonClinic

December 16, 2020

*Via mail*

Ms. Kate M. Fogarty
Diana E. Murphy United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

Hon. Erica H. MacDonald
Diana E. Murphy United States Courthouse
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

Ms. Katherian D. Roe
Diana E. Murphy United States Courthouse
300 South Fourth Street, Suite 107
Minneapolis, MN 55415

RECEIVED BY MAIL DEC 17 2020 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Re: ***In re Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Materials*, Case No. 20-mc-82-PJS-TNL (D. Minn.)**

Dear Ms. Fogarty, Ms. MacDonald, and Ms. Roe:

I represent the Reporters Committee for Freedom of the Press ("Reporters Committee") in the above-captioned case.

This case is a direct application to the District Court regarding its handling of its judicial records, so there is no defendant in the matter. While the Reporters Committee cannot effectuate formal service, it acknowledges that each of your offices has a significant stake in the outcome of the litigation. As such, I am sending you the case-initiating filings.

Please do not hesitate to call or email me if you wish to discuss this case. I can be reached by phone at (510) 664-4381 or email at mgraham@clinical.law.berkeley.edu.


SCANNED DEC 17 2020 U.S. DISTRICT COURT MPLS

Respectfully,

*/s/ Megan Graham*

Megan Graham (*pro hac vice motion pending*)
Catherine Crump (*pro hac vice motion pending*)
Juliana DeVries (*pro hac vice motion pending*)
Samuelson Law, Technology & Public Policy Clinic
353 Law Building
UC Berkeley School of Law
Berkeley, CA 94720-7200
mgraham@clinical.law.berkeley.edu
(510) 664-4381

Leita Walker (387095)
Ballard Spahr LLP
2000 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2119
Tel: (612) 371-3211
Fax: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Reporters Committee for Freedom of the Press*

-enclosures-