# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Materials | Case No. 20-MC-00082<br><br>**LR 7.1(F) WORD COUNT COMPLIANCE CERTIFICATE REGARDING THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS TO UNSEAL CERTAIN SEARCH WARRANT MATERIALS** |

I, Leita Walker, certify that Petitioner The Reporters Committee for Freedom of the Press' Memorandum in Support of its Application to Unseal Certain Search Warrant Materials complies with Local Rules 7.1(f) & (h).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that **Petitioner**'s Memorandum contains **6,126** words.



RECEIVED BY MAIL
DEC 17 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DMEAST #43025631 v1



Dated:  December 8, 2020 **BALLARD SPAHR LLP**

By: *s/ Leita Walker*
   Leita Walker (#387095)
2000 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2119
Tel: (612) 371-3211
Fax: (612) 371-3207
*walkerl@ballardspahr.com*

Catherine Crump (*pro hac vice pending*)
Megan Graham (*pro hac vice pending*)
Juliana DeVries (*pro hac vice pending*)
Samuelson Law, Technology and
Public Policy Clinic
UC Berkeley School of Law
433 Law Building (North Addition)
Berkeley, CA 94720-7200
Tel: (510) 292-6860
*ccrump@clinical.law.berkeley.edu*

*Attorneys for Petitioner*