UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-mc-00082 (PJS/TNL)

IN THE MATTER OF THE APPLICATION
OF THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS TO UNSEAL
CERTAIN SEARCH WARRANT
MATERIALS,                                                **ORDER**

               Petitioner,

  v.

UNITED STATES OF AMERICA,

               Respondent.

Pursuant to the Joint Request for Status Conference and to Extend Time to Respond to Petition,

IT IS HEREBY ORDERED as follows:

1. Respond shall have until March 22, 2021 to respond to the petition and memorandum.

2. Petitioner shall submit any reply in support no later than April 21, 2021.

3. This matter will be set on for a status conference on Wednesday, February 24, 2021 at 9:00 a.m. via video conference.

4. The hearing currently set for April 21, 2021 is rescheduled for Wednesday, April 28, 2021 at 8:30 a.m. via video conference.

Dated: February 17, 2021                         s/Patrick J. Schiltz
                                                        PATRICK J. SCHILTZ
                                                        United States District Judge