UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, | Case No. 20-MC-0082 (PJS/TNL) |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Catherine Crump, Juliana DeVries, Megan Graham, UC BERKELEY SCHOOL OF LAW; Mary Andreleita Walker, BALLARD SPAHR LLP, for petitioner.

David W. Fuller and Timothy C. Rank, UNITED STATES ATTORNEY'S OFFICE, for respondent.

For the reasons stated at the February 24, 2021 status conference, IT IS HEREBY ORDERED THAT:

1. Petitioner's application to unseal certain search warrant materials [ECF No. 1] is DENIED WITHOUT PREJUDICE.

2. Petitioner may file an amended application after discussions with the Clerk's Office and the United States.

3. The briefing order [ECF No. 13], as amended [ECF Nos. 18, 22], is VACATED.

4. The hearing scheduled for Wednesday, April 28, 2021, is CANCELED.

Dated: February 24, 2021                          s/Patrick J. Schiltz
                                                                                    Patrick J. Schiltz
                                                                                    United States District Judge