# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | | |
|---|---|---|---|
| Repoprters Committee for Freedom of the Press, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE: Patrick J. Schiltz | |
| | ) | U.S. District Judge | |
| Plaintiff, | ) | | |
| | ) | Case No: | 20-MC-0082 (PJS/TNL) |
| v. | ) | Date: | October 22, 2021 |
| | ) | Court Reporter: | Debra Beauvais |
| United States of America, | ) | Courthouse: | Video Conference |
| | ) | Courtroom: | Video Conference |
| Defendant. | ) | Time Commenced: | 11:01 a.m. |
| | | Time Concluded: | 11:42 a.m. |
| | | Sealed Hearing Time: | |
| | | Time in Court: | Hours & 41 Minutes |

Hearing on: **Status Conference**

APPEARANCES:
    Plaintiff:    Megan Graham, Mary Walker, Catherine Crump
    Defendant:    Tim Rank, David Fuller
    Also Present:  Lou Jean Gleason

PROCEEDINGS:
    ☒ Status conference held.

s/C. Glover
Courtroom Deputy
