
**RECEIVED**
FEB 07 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## STUDENT PRACTICE CERTIFICATION AND NOTICE OF APPEARANCE OF STUDENT ATTORNEY

Local Rule 83.8 requires that before a law student practices before this Court, this form must be completed and submitted by the law student's supervising attorney to the Clerk's Office by emailing the form to ecfhelpdesk@mnd.uscourts.gov. This document must also be filed as a notice of appearance in each case in which the law student appears.

| | |
|---|---|
| Supervising Attorney's Name | Leita Walker (#387095) |
| Supervising Attorney's Employer | Ballard Spahr LLP |
| Law Student's Name | Jennifer Sun |
| Law Student's Address | 353 Law Building, UC Berkeley School of Law Berkeley, CA 94720-7200 |
| Law Student's Phone Number | 510-643-4800 |
| Law Student's Email Address | jsun@clinical.law.berkeley.edu |
| Law Student's Law School and Year | University of California, Berkeley School of Law, 2023 |

By signing below, I certify that:

1. I will assume full responsibility for the above-identified law student's work and will accompany the law student to, and be prepared to assist the law student at, every court appearance.

2. I have verified that the above-identified law student meets the requirements of LR 83.8(b).

3. I have obtained verification from the law student's law school that the student is enrolled in a law school accredited by the American Bar Association and has completed the equivalent of at least two semesters of full-time study.

4. The law student will not accept compensation in connection with the matter, except as authorized under LR 83.8(b)(5).

| Date | Signature of Supervising Attorney |
|---|---|
| 2.7.2022 | *s/ Leita Walker* |