UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Application of the Reporters Committee for Freedom of the Press to Unseal Certain Search Warrant Materials | No. 20-mc-00082 (PJS/TNL)<br><br>**NOTICE OF WITHDRAWAL OF CATHERINE CRUMP** |

Pursuant to Local Rule 83.7(a), counsel for the Reporters Committee for Freedom of the Press Catherine Crump provides notice of withdrawal from this matter. Attorneys Megan Graham and Leita Walker have also appeared on behalf of the Reporters Committee for Freedom of the Press and will remain counsel of record.

Dated: August 31, 2022		By:	*/s/ Catherine Crump*
				Catherine Crump (*pro hac vice*)
				Samuelson Law, Technology and
				  Public Policy Clinic
				UC Berkeley, School of Law
				433 Law Building (North Addition)
				Berkeley, CA 94720-7200
				Tel: (510) 292-6860
				ccrump@clinical.law.berkeley.edu

1

      /s/ Leita Walker
Leita Walker (387095)
Ballard Spahr LLP
2000 IDS Center 80 South 8th Street
Minneapolis, MN 55402-2119
Tel: (612) 371-3211
Fax: (612) 371-3207
walkerl@ballardspahr.com

*Attorneys for Petitioner*