# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In the Matter of the Amended Application of the Reporters Committee for Freedom of the Press to Unseal Certain Surveillance Orders and Related Materials | Case No. 20-mc-82-PJS-TNL |

### NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that the following party:

> Reporters Committee for Freedom of the Press

in the above-named case appeals to the United States Court of Appeals for the Eighth Circuit.

The above-named party appeals from the order of the U.S. District Court for the District of Minnesota that was entered on October 11, 2022 that held that the Reporters Committee for Freedom of the Press lacked standing in the matter, and the related judgment that was entered on October 12, 2022.

Dated: November 4, 2022          Respectfully submitted,

    <u>*s/ Megan Graham*</u>
Megan Graham (*pro hac vice*)
Samuelson Law, Technology &
   Public Policy Clinic
353 Law Building
UC Berkeley School of Law
Berkeley, CA 94720-7200
Tel: (510) 664-4381
mgraham@clinical.law.berkeley.edu

Leita Walker (387095)
Ballard Spahr LLP
2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
Tel: (612) 371-3211
Fax: (612) 371-3207
walkerl@ballardspahr.com

*Counsel for Petitioner*